IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS JERRY GIBSON, JR.                                                          PLAINTIFF

v.                                    NO. 4:05CV01922 JLH

REGIONS FINANCIAL CORPORATION
and REGIONS BANK                                                                  DEFENDANTS

## AMENDED JUDGMENT

Pursuant to the Opinion entered on January 9, 2008, judgment is hereby entered in favor of Regions Financial Corporation and Regions Bank.

IT IS SO ORDERED this 10th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE